156-07/PJG/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff GE SEACO SRL
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 0335)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GE SEACO SRL,

               Plaintiff,

  -against-

ASIATIC SHIPPING SERVICES, INC. and
PACIFIC INTERLINK SDN BHD,

              Defendants.
------------------------------------------------------------x



JUDGE SWAIN

07 CV 2718

**RULE 7.1 STATEMENT**

     The Plaintiff, GE SEACO SRL, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
       April 3, 2007

                        FREEHILL HOGAN & MAHAR, LLP
                        Attorneys for Plaintiff GE SEACO SRL

      By: _____
           Peter J. Gutowski (PG 2200)
           Pamela L. Schultz (PS 0335)
           80 Pine Street
           New York, NY 10005
           Telephone: (212) 425-1900
           Facsimile: (212) 425-1901

NYDOCS1/280949.1