CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| GE SEACO SRL, | : | |
| | : | |
| Plaintiff, | : | **07-CV-2718** |
| | : | |
| v. | : | |
| | : | **NOTICE OF** |
| ASIATIC SHIPPING SERVICES, INC. | : | **APPEARANCE** |
| and PACIFIC INTERLINK SDN BHD, | : | |
| | : | |
| Defendants. | : | |

-----------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      Please enter my appearance as counsel for Garnishee, Société Générale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated:  North Bergen, New Jersey
       April 24, 2007

                                  CLARK, ATCHESON & REISERT
                                  Attorneys for Garnishee
                                  Société Générale New York Branch

By: _____
      Richard J. Reisert (RR-7118)
      7800 River Road
      North Bergen, NJ  07047
      Tel: (201) 537-1200
      Fax: (201) 537-1201
      Email:  reisert@navlaw.com