CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Société Générale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

GE SEACO SRL,                                              :
                                                          :
                                  Plaintiff,              :          **07-CV-2718**
                                                          :
                    v.                                    :
                                                          :
                                                          :
ASIATIC SHIPPING SERVICES, INC.                           :
and PACIFIC INTERLINK SDN BHD,                            :
                                                          :
                                  Defendants.             :
-----------------------------------------------------------------x

## REPORT OF GARNISHEE SOCIÉTÉ GÉNÉRALE NEW YORK BRANCH TO PLAINTIFF'S MARITIME ATTACHMENT AND GARNISHMENT

TO THE MARSHALL OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

Pursuant to Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and in response to a certain Process of Maritime Attachment and Garnishment in the captioned matter dated April 3, 2007, and served upon Garnishee Société Générale New York Branch on April 4, 2007, and on a continuous daily basis from that date until the date of this report, Garnishee Société Générale New York Branch hereby states that on such dates of service, it was not indebted to the defendants and did not otherwise have in its possession any property, tangible or intangible, including funds, assets, cash, goods, chattels, credits, effects, debts

owed by or owed to the defendants or monies to be paid to discharge a debt owed to the

defendants, including monies being electronically transferred by, to or for the benefit of

the defendants.


Dated: North Bergen, New Jersey
       April 24, 2007


                                               CLARK, ATCHESON & REISERT
                                               Attorneys for Garnishee
                                               Société Générale New York Branch


By:                                                         
                                             Richard J. Reisert (RR 7118)
                                             7800 River Road
                                             North Bergen, NJ  07047
                                             Tel: (201) 537-1200
                                             Fax: (201) 537-1201
                                             Email: reisert@navlaw.com


TO:    CLERK OF THE COURT

        FREEHILL HOGAN & MAHAR
        Attorneys for Plaintiff
        Attn:   Pamela L. Schultz, Esq. (Via email)

## VERIFICATION

STATE OF NEW YORK   )
                             ) ss.:
COUNTY OF NEW YORK  )

       Steven P. Heineman, being duly sworn, deposes and says as follows:

       I am a Managing Director and the Director of Litigation and Regulatory Affairs for Société Générale New York Branch. I have reviewed the contents of the foregoing Report of Garnishee Société Générale New York Branch in response to Plaintiff's Maritime Attachment and Garnishment in docket no. 07-CV-2718, and know the contents thereof and that the same are true to the best of my own knowledge. I base this upon personal knowledge, review of Société Générale New York Branch's files, and communications with relevant employees of the Bank.

                                                        Steven P. Heineman

Sworn to before me this
24th day of April 2007.

Notary Public

DONNA THOMAS
NOTARY PUBLIC, State of New York
No. 01-TH4994538
Qualified in Westchester County
Certificate filed in New York County
Commission Expires April 8, 2010