156-07/PJG/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY  10005
(212) 425-1900
(212) 425-1901 fax

Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 0335)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
GE SEACO SRL,                                                    07 Civ. 2718 (LTS)

                                    Plaintiff,

             -against-                                           **NOTICE OF APPEARANCE**

ASIATIC SHIPPING SERVICES, INC. and
PACIFIC INTERLINK SDN BHD,

                                    Defendants.
-------------------------------------------------------------------X

SIRS:

        Please enter the additional appearance of the undersigned on behalf of the Plaintiff, GE

SEACO SRL, to receive ECF notices in the above matter.

        We certify that we are admitted to practice in this Court.

Dated: New York, New York
        June 5, 2007                        FREEHILL HOGAN & MAHAR, LLP
                                            Attorneys for Plaintiff GE SEACO SRL

                                    By:     _____
                                            Pamela L. Schultz (PS 0335)
                                            80 Pine Street
                                            New York, NY  10005
                                            (212) 425-1900
                                            (212) 425-1901 fax

NYDOCS1/284544.1