| | | |
|---|---|---|
| GEORGE B. FREEHILL<br>WILLIAM L. JUSKA, JR.<br>JAMES L. ROSS*<br>ERIC E. LENCK<br>JOHN J. WALSH*<br>PATRICK J. BONNER*<br>PETER J. GUTOWSKI*<br>MARK F. MULLER<br>WAYNE D. MEEHAN*<br>DON P. MURNANE, JR △<br>THOMAS M. RUSSO<br>THOMAS M. CANEVARI†<br>MICHAEL FERNANDEZ*<br>JOHN F. KARPOUSIS*△<br>MICHAEL E. UNGER*†<br>WILLIAM J. PALLAS*<br>GINA M. VENEZIA*△<br>BARBARA G. CARNEVALE*<br>DOLORES N. O'LEARY*<br>LAWRENCE J. KAHN*<br>JUSTIN T. NASTRO*<br>PAMELA L. SCHULTZ*◊<br>DANIEL J. FITZGERALD*†△<br>JILL A. TAFT<br><br>*ALSO ADMITTED IN NEW JERSEY<br>†ALSO ADMITTED IN CONNECTICUT<br>△ALSO ADMITTED IN WASHINGTON, D.C.<br>◊ALSO ADMITTED IN LOUISIANA | LAW OFFICES OF<br>FREEHILL HOGAN & MAHAR LLP<br>80 PINE STREET<br>NEW YORK, N.Y. 10005-1759<br><br>TELEPHONE (212) 425-1900<br>FACSIMILE (212) 425-1901<br>E-MAIL: reception@freehill.com<br>www.freehill.com | NEW JERSEY OFFICE<br>850 BERGEN AVENUE<br>JERSEY CITY, N.J. 07306<br>TELEPHONE (973) 623-5514<br>FACSIMILE (973) 623-3813<br><br>CONNECTICUT OFFICE<br>23 OLD KINGS HIGHWAY SOUTH<br>DARIEN, CT 06820-4538<br>TELEPHONE: (203) 921-1913<br>FACSIMILE (203) 358-8377 |

## MEMO ENDORSED

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do [illegible] such certification to Chambers.

October 1, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE: OCT 0 9 2007



LAURA TAYLOR SWAIN
U.S.D.J.

OUR REF: 156-07/PJG/PLS

**BY HAND**
Honorable Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007-1312

Re: GE SEACO SRL v. ASIATIC SHIPPING SERVICES, INC. and
PACIFIC INTERLINK SDN BHD - 07 CV 2718 (LTS)

-----------------------------------------------------------------------------------

Dear Judge Swain:

We represent Plaintiff GE Seaco and pursuant to the Court's request write to provide an update of this matter.

This matter involves a maritime claim for breach of a maritime contract, and included a request for an attachment pursuant to Supplemental Rule B, which was granted. Since the disputes between the parties are subject to English jurisdiction, the merits of the action will not be decided here and the purpose of these proceedings was to obtain security. Certain funds were initially restrained, which then prompted settlement discussions between the parties.

As we reported in June, the parties have reached an interim agreement which (provided the terms were met) would obviate the need for us to continue with this action. Under the terms of the agreement, the payments under attachment were released, and the defendant was scheduled to make a series of payments through September of this year, after which the matter we hoped the matter would be resolved. Although we had hoped we could report to the Court that the matter was finalized, we have not yet received confirmation that all payments had been made and therefore, are not in a position to dismiss the action at this time. We anticipate being able to respond more definitively to the Court by next week and are optimistic the matter will be resolved before February 1, 2008, the date set by the Court for the next status update.

NYDOCS1/291149.1

October 1, 2007
Page 2

We appreciate the Court's attention and cooperation in this respect.

Respectfully submitted,

FREEHILL HOGAN & MAHAR LLP

*Pamela L. Schultz*

Pamela L. Schultz

The matter will remain on suspense pending the next status report.

SO ORDERED.

10/9/07

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

NYDOCS1/291149.1

FREEHILL, HOGAN & MAHAR LLP