156-07/PJG/PLS

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GE SEACO SRL,

        Plaintiff,

-against-

ASIATIC SHIPPING SERVICES, INC. and
PACIFIC INTERLINK SDN BHD,

        Defendants.
-----------------------------------------------------------x

07 CIV 2718 (LTS)

NOTICE OF DISMISSAL PURSUANT
TO FRCP 41(a)(1) and VOLUNTARY
WITHDRAWAL OF ATTACHMENT

The above entitled action is hereby discontinued without prejudice on application of the Plaintiff pursuant to Fed. R. Civ. 41(a)(1), the defendant not having appeared, filed an answer nor filed a motion for summary judgment, and the Process of Maritime Attachment and Garnishment issued in this action pursuant to Supplemental Rule B is hereby withdrawn and cancelled.

Dated: New York, New York
       February 4, 2008

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff

By: _____
Pamela L. Schultz (PS 8675)
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

SO ORDERED:
_____ 2/5/08
U.S.D.J.

NYDOCS1/298359.1